DUANE M. GECK (State Bar No. 114823)
DONALD H. CRAM (State Bar No. 160004)
ELEANOR M. ROMAN (State Bar No. 178736)
ANDREW S. ELLIOTT (State Bar No. 254757)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Third Party Defendant
FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY LLC, | Case No. SACV 12-01277 CJC (MLGx) |
| Plaintiff, | **JUDGMENT** |
| vs. | The Hon. Cormac J. Carney |
| SANTA ANA LINCOLN-MERCURY d/b/a HERITAGE LINCOLN MERCURY, KENNETH PAUL JAMES, THE M.V. DUFFY JAMES FAMILY TRUST, and ROGER ALVAREZ, | Action Filed:   August 8, 2012 |
| Defendants. | |
| AND RELATED CROSS-ACTIONS | |

On November 14, 2012, the Court granted third party defendant Ford Motor Company's ("Ford Motor") motion to dismiss third party plaintiffs Santa Ana Lincoln-Mercury d/b/a Heritage Lincoln Mercury, Kenneth Paul James, the M.V. Duffy James Family Trust, and Roger Alvarez's (collectively, "Third Party Plaintiffs") third party complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). *See* Dkt. No. 25. The Court allowed third party plaintiffs Santa Ana Lincoln-Mercury d/b/a Heritage Lincoln Mercury, Kenneth Paul James, the M.V. Duffy James Family Trust, and Roger Alvarez (collectively, "Third Party Plaintiffs") twenty days leave to file an amended third party complaint. *Id.* Thus, Third Party Plaintiffs had until December 4, 2012 to file an amended third party complaint. Third Party Plaintiffs did not file an amended third party complaint by December 4, 2012.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Third Party Plaintiffs' third party complaint is dismissed with prejudice as to Ford Motor. Third Party Plaintiffs are to recover nothing from Ford Motor.

DATED: 12/20/12

_____
Hon. Cormac J. Carney
United States District Court Judge